UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ESSEX INS. CO., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    Case No. 4:07CV2030 CDP |
| | ) |
| ERIC GALLOWAY, et al., | ) |
| | ) |
|     Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on defendant Jason Martin's motion to withdraw. I will set the motion for hearing next Friday, March 13, 2009 at 1:30 p.m. Only defendant Jason Martin and attorney Jerry Crowder need to appear for the hearing. Although I will order the Clerk of the Court to serve a copy of this Memorandum and Order on defendant Jason Martin, it is still attorney Crowder's obligation to notify his client of the hearing and to inform his client that his personal appearance is required by the Court. If defendant Martin does not appear for the hearing, the motion to withdraw will not be granted unless attorney Jerry Crowder can demonstrate to the Court that he complied with this Memorandum and Order.

Accordingly,

**IT IS HEREBY ORDERED** that defendant Jason Martin's motion to withdraw [#59] is set for hearing on **March 13, 2009 at 1:30 p.m. in Courtroom**

**14-South.  Attorney Jerry Crowder and defendant Jason Martin are required to appear for the hearing**.

IT IS FURTHER ORDERED that **the Clerk of the Court shall serve a copy of this Memorandum and Order on defendant Jason Martin, 226 Reasor Drive, St. Louis, Missouri 63135**.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2009.